# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMMY TRUE,

    Plaintiff,

vs.

COOK MEDICAL INCORPORATED, a/k/a COOK MEDICAL, INC., *et al.*,

    Defendants.

Case No. 2:13-cv-00413-GMN-GWF

**ORDER**

This matter comes before the Court on the Unopposed Motion to Stay Proceedings Pending Disposition of Motion for Transfer (#41) filed August 11, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Stay Proceedings Pending Disposition of Motion for Transfer (#41) is **granted**. Accordingly, the hearing scheduled for August 25, 2014 at 9:30 a.m. is hereby **vacated**.

**IT IS FURTHER ORDERED** that the parties are to promptly file any order regarding transfer of this case and file a status report in 90 days if a decision on the transfer motion has not been issued.

DATED this 20th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge