Activity in Case MDL No. 2570 IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation Initial Transfer Order (Transferor Clerks and Judges)
JPMLCMECF
to:
JPMLCMDECF
10/15/2014 10:29 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 10/15/2014 at 1:29 PM EDT and filed on 10/15/2014

| | |
|---|---|
| **Case Name:** | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation |
| **Case Number:** | MDL No. 2570 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.

Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)

| | |
|---|---|
| Case Name: | Allen v. Cook Medical Incorporated et al |
| Case Number: | TNM/3:14-cv-01252 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.

Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)

| | |
|---|---|
| Case Name: | Stockton v. Cook Medical Incorporated et al |
| Case Number: | NV/2:12-cv-02000 |

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| **Case Name:** | Walck v. Cook Medical Incorporated et al |
| **Case Number:** | PAM/3:13-cv-01839 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the**

portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.

Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)

| | |
|---|---|
| Case Name: | Padget v. Cook Medical Incorporated et al |
| Case Number: | TNM/3:13-cv-00998 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.

Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)

| | |
|---|---|
| Case Name: | Eslick v. Cook Medical Incorporated, et al. |
| Case Number: | WAE/2:14-cv-00135 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| **Case Name:** | Wonder v. Cook Medical Incorporated et al |
| **Case Number:** | PAM/1:13-cv-02288 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| Case Name: | True v. Cook Medical Incorporated et al |
| Case Number: | NV/2:13-cv-00413 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| Case Name: | West et al v. Cook Medical Incorporated et al |
| Case Number: | WVN/5:13-cv-00109 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with**

notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| Case Name: | Robert Brady et al v. Cook Medical Incorporated et al |
| Case Number: | CAC/2:13-cv-04725 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| Case Name: | Cadle v. Cook Medical Incorporated, et al. |
| Case Number: | OHN/5:13-cv-01255 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

| | |
|---|---|
| **Case Name:** | Bobo v. Cook Medical Incorporated et al |
| **Case Number:** | KYW/5:14-cv-00119 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255,**

**PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

**Case Name:** Angus v. Cook Medical Incorporated et al
**Case Number:** MT/1:14-cv-00043
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

**Case Name:** Perry-O'Farrow et al v. Cook Medical Incorporated et al
**Case Number:** NCE/5:13-cv-00587
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the**

**transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 10/15/2014.**

**Associated Cases: MDL No. 2570, CAC/2:13-cv-04725, KYW/5:14-cv-00119, MT/1:14-cv-00043, NCE/5:13-cv-00587, NV/2:12-cv-02000, NV/2:13-cv-00413, OHN/5:13-cv-01255, PAM/1:13-cv-02288, PAM/3:13-cv-01839, TNM/3:13-cv-00998, TNM/3:14-cv-01252, WAE/2:14-cv-00135, WVN/5:13-cv-00109 (DP)**

**No public notice (electronic or otherwise) sent because the entry is private**